

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NATHAN DUANE GOSSELIN, | § | No. 08-15-00107-CR |
| Appellant, | § | Appeal from the |
| V. | § | 54th District Court |
| THE STATE OF TEXAS, | § | of McLennan County, Texas |
| Appellee. | § | (TC# 2012-1065-C2) |
| | § | |

## MEMORANDUM  OPINION

Nathan Duane Gosselin has filed a motion to dismiss his appeal.  Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P.  42.2(a).   Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


October 21, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)